Docusign Envelope ID: F49C3E11-10EF-401E-8FDA-890313471FFE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LABAIR,

    Plaintiff(s),

vs.

TRAVELCENTERS OF AMERICA, INC., et al.

    Defendant(s).

Case #2:25-cv-01622

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Michael Correnti_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of
McDonald Toole Richman & Correnti, P.A.
(firm name)

with offices at ___111 North Magnolia Avenue, Suite 1200___,
(street address)

___Orlando___, ___Florida___, ___32801___,
(city)     (state)     (zip code)

___(407) 246-1800___, ___mcorrenti@mtrclegal.com___.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
___TRAVELCENTERS OF AMERICA, INC.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>July 5, 2007</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Florida</u>
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State Bar of Florida | 07/05/2007 | #39279 |
| U.S. District Court for the Middle District of FL | 01/07/2009 | N/A |
| U.S. District Court for the Southern District of FL | 09/20/2010 | N/A |
| U.S. District Court for the Northern District of FL | 10/29/2013 | N/A |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 16, 2022 | Iwais v TA | Case No. A-22-852852-C | Granted |
| November 26, 2024 | Makin v Crown | Case No. A-24-886294-C | Granted |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Florida___ )
COUNTY OF ___ORANGE___ )

___Michael Correnti___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__11th__ day of __September__, __2025__.

Notary Public State of Florida
Bryant Antonio Padilla
My Commission HH 438149
Expires 8/27/2027

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Zachary W. Livingston___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___1117 South Rancho Drive___,
(street address)

___Las Vegas___, ___Nevada___, ___89102___,
(city)         (state)         (zip code)

___(702) 243-7059___, ___zlivingston@winnerfirm.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Zachary W. Livingston_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Amani Augustine* (DocuSigned)
_____
(party's signature)

Counsel    Amani Augustine
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
_____
Designated Resident Nevada Counsel's signature

15954       ZLivingston@winnerlw...
_____
Bar number       Email address

APPROVED:
DATED this 1st day of October, 2025.

[signature]
_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16

Docusign Envelope ID: F49C3E11-10EF-401E-8FDA-890313471FFE
Case 2:25-cv-01622-DJA   Document 15   Filed 09/09/25   Page 6 of 9
Case 2:25-cv-01622-DJA   Document 10   Filed 09/12/25   Page 6 of 6



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )

In Re: 0039279
Michael Correnti
McDonald Toole Wiggins, PA
111 N Magnolia Ave Ste 1200
Orlando, FL 32801-2370

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **July 5, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 11th day of **September, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-368281



# Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: F49C3F11-10EE-401E-8FDA-800313471FFE | | Status: Completed |
| Subject: Verified Petition for Michael Correnti; Verified Petition for Courtney M. King | | |
| Source Envelope: | | |
| Document Pages: 12 | Signatures: 2 | Envelope Originator: |
| Certificate Pages: 3 | Initials: 0 | Jill Sallade |
| AutoNav: Enabled | | jsallade@winnerfirm.com |
| EnvelopeId Stamping: Enabled | | IP Address: 148.66.220.43 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>    9/29/2025 1:18:32 PM | Holder: Jill Sallade<br>    jsallade@winnerfirm.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Amani Augustine<br>Amani.augustine@bp.com<br>Counsel<br>Security Level: Email, Account Authentication (None) | *DocuSigned by:*<br>*Amani Augustine*<br>E0FFF63375534F3...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 170.85.99.101 | Sent: 9/29/2025 1:26:54 PM<br>Viewed: 9/29/2025 4:51:11 PM<br>Signed: 9/29/2025 4:51:46 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 9/29/2025 4:51:11 PM<br>   ID: 8dc73bc7-25a0-4f10-b0a4-9e6a792f1875 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/29/2025 1:26:54 PM |
| Certified Delivered | Security Checked | 9/29/2025 4:51:11 PM |
| Signing Complete | Security Checked | 9/29/2025 4:51:46 PM |
| Completed | Security Checked | 9/29/2025 4:51:46 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 9/29/2025 1:27:12 PM
Parties agreed to: Amani Augustine

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Jill Sallade (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Jill Sallade:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: jsallade@winnerfirm.com

**To advise Jill Sallade of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at jsallade@winnerfirm.com and in the body of such request you must state: your

previous email address, your new email address.  We do not require any other information from you to change your email address

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Jill Sallade**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to jsallade@winnerfirm.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Jill Sallade**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to jsallade@winnerfirm.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Jill Sallade as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Jill Sallade during the course of your relationship with Jill Sallade.