STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
DIMOPOULOS INJURY LAW
400 S. 7th Street Suite 400
Las Vegas, NV 89101
O: (702) 800-6000
F: (702) 224-2114
jach@stevedimopoulos.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRIC OF NEVADA**

| | |
|---|---|
| ROBERT LABAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELCENTERS OF AMERICA, INC., a foreign corporation; Doe Employee; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.:   2:25-cv-01622-DJA<br><br>**STIPULATION AND ORDER TO DISMISS TRAVELCENTERS OF AMERICA, INC. WITHOUT PREJUDICE AND TO ALLOW PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff, ROBERT LABAIR, by and through his counsel of record, Jared G. Christensen, Esq. of DIMOPOULOS INJURY LAW; and Defendant TRAVELCENTERS OF AMERICA, INC. by and through its counsel of record, Zachary Livingston, Esq., hereby stipulate as follows:

1. That TRAVELCENTERS OF AMERICA, INC. be dismissed without prejudice from this action, with each party to bear its own attorney's fees and costs related to TRAVELCENTERS OF AMERICA, INC.'s involvement in this action;

2. That the caption shall be amended to reflect the dismissal of TRAVELCENTERS OF AMERICA, INC;

3. That Plaintiff shall be permitted to amend the Complaint in this matter to amend the caption and add TA Operating LLC as a Defendant consistent with the proposed Second Amended Complaint, attached hereto as **Exhibit 1.**

///

Page 1 of 3

4. That counsel for TA OPERATING LLC will accept service of the Second Amended Complaint on behalf of TA OPERATING LLC, who will have twenty-one (21) days after the filing of the Second Amended Complaint to file a responsive pleading.

DATED this 29th day of September 2025.                    DATED this 29th day of September 2025.

**DIMOPOULOS INJURY LAW**                                 **WINNER & BOOZE**

*/s/ Jared Christensen*                                   */s/ Zach Livingston*
JARED G. CHRISTENSEN, ESQ.                                ZACH LIVINGSTON, ESQ.
Nevada Bar No. 11538                                      Nevada Bar No. 15954
400 S. 7th Street Suite 400                               1117 South Rancho Drive
Las Vegas, NV 89101                                       Las Vegas, NV 89102
*Attorney for Plaintiff*                                  *Attorney for Defendant*

## ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that TRAVELCENTERS OF AMERICA, INC. is hereby DISMISSED from the action without prejudice, with each party to bear its own attorney's fees and costs related to TRAVELCENTERS OF AMERICA, INC.'s involvement in this action;

IT IS FURTHER ODERED, ADJUDGED AND DECREED that the caption shall be amended to reflect the dismissal of TRAVELCENTERS OF AMERICA, INC;

IT IS FURTHER ODERED, ADJUDGED AND DECREED that Plaintiff Robert Labair ("Plaintiff") may amend the caption and add as a Defendant TA OPERATING LLC consistent with the proposed Second Amended Complaint.

///
///
///
///
///
///
///

1  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff may file the proposed Second Amended Complaint attached to the Stipulation as Exhibit 1, and Defendant TA OPERATING LLC shall have twenty-one (21) days to file a responsive pleadings after the filing of the Second Amended Complaint.

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 24, 2025

Respectfully submitted by:

**DIMOPOULOS INJURY LAW**

_____
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
400 S. 7th Street Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

**EXHIBIT 1**

**COMJD**
STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
DIMOPOULOS INJURY LAW
400 S. 7th Street Suite 400
Las Vegas, NV 89101
O: (702) 800-6000
F: (702) 224-2114
jach@stevedimopoulos.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ROBERT LABAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TA OPERATING LLC, a foreign limited liability company; DOE EMPLOYEE; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.:  A-25-920657-C<br>DEPT NO.:  29<br><br>**SECOND AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL** |

Robert Labair ("Robert" or "Plaintiff"), complains against Defendant TA OPERATING LLC ("TA" or "Defendant) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff resided in Montana at all times relevant to this Complaint.

2. Plaintiff is informed and believes that TA OPERATING LLC is a Delaware limited liability company doing business in the State of Nevada.

3. Defendant is subject to personal jurisdiction in the State of Nevada because Defendant operated a business in the state and caused the events described in this Complaint.

4. Venue is proper in the Eighth Judicial District because the subject events occurred in Clark County, Nevada.

. . .



5. The true names and capacities of Doe Individuals 1 through 20 are currently unknown to Plaintiff. Plaintiff therefore sues those Defendants by fictitious names and will amend this Complaint to include their true names when identified.

6. Each Defendant designated as Doe Individuals 1 through 20 either owned, operated, possessed, or controlled the business where the Subject Incident occurred, or were individuals whose actions contributed to Plaintiff's injuries.

7. Defendants Roe Corporations 1 through 20 owned the business at issue and/or are in some way responsible for the actions of their employees and/or agents. Plaintiff will ask leave of the Court to amend this Complaint to insert the true names of such Defendants when the same have been ascertained.

8. At all times relevant, all Defendants were agents, servants, employees or joint venturers of all other Defendants.

9. At all times relevant, all Defendants were acting within the course and scope of their agency, employment, or joint venture, with knowledge, permission and consent of all other Defendants.

**GENERAL ALLEGATIONS**

10. On or about June 24, 2025, Robert, while traveling from Nevada to Missoula, Montana, visited the TA OPERATING LLC ("TA") location in Clark County, Nevada, and sought tire repair services at the TA Body Shop.

11. TA employees retained possession of Plaintiff's vehicle for over ten hours while attempting to perform the requested repair.

12. After an extended delay, TA's DOE EMPLOYEE contacted Plaintiff and requested assistance, acknowledging that they were not qualified to complete the repair on their own.

13. While assisting the TA's DOE EMPLOYEE in lifting the tire, the DOE EMPLOYEE negligently let go, causing the tire to fall and severely injure Plaintiff.

14. Following the incident, Plaintiff resumed travel toward Missoula, Montana. The same tire failed again, causing further disruption and requiring Plaintiff to make emergency repairs at his own expense.

15. Defendant refused to honor Plaintiff's warranty, despite having provided a defective tire and inadequate service.

### FIRST CAUSE OF ACTION—NEGLIGENCE

16. Plaintiff here fully incorporates all prior paragraphs.

17. Defendants owed Plaintiff a duty to exercise reasonable care in performing tire repair services and in training and supervising its employees.

18. Defendants breached that duty by employing unqualified personnel and by negligently handling equipment, resulting in injury to Plaintiff.

19. As a direct and proximate result of Defendants' negligence, Plaintiff suffered bodily injury, incurred medical expenses, lost income, and endured pain and suffering.

20. Defendants further breached their duty of care by instructing or allowing Plaintiff—a customer and untrained layperson—to physically assist in a dangerous mechanical task that should only be performed by trained and qualified personnel.

21. Plaintiff's general and special damages exceed $15,000.

### SECOND CAUSE OF ACTION—BREACH OF WARRANTY

22. Plaintiff here fully incorporates all prior Paragraphs.

23. Defendants represented that the tire installed was covered by warranty.

24. Defendants breached said warranty by refusing to honor it after the defective tire failed during normal use.

25. As a direct and proximate result, Plaintiff incurred out-of-pocket expenses for emergency replacement and related costs.

26. Plaintiff's general and special damages exceed $15,000.

### THIRD CAUSE OF ACTION—NEGLIGENT HIRING/TRAINING/SUPERVISION

27. Plaintiff here fully incorporates all prior Paragraphs.

28. Defendant negligently hired and retained employees who lacked the qualifications, experience, or training necessary to safely perform tire repair services.

29. Defendant permitted these employees to work on customers' vehicles without proper oversight or assistance.

30. Defendant failed to adequately train its employees in the use of heavy equipment and safe handling of vehicle components, including procedures for collaborative lifting.

31. Defendant also failed to implement and enforce reasonable safety protocols or provide proper managerial supervision.

32. Defendant's negligence also included a lack of policy or training to prevent employees from engaging customers in hazardous work activities, such as lifting or manipulating heavy vehicle components.

33. These failures directly led to Plaintiff's injury when an unqualified and unsupervised DOE employee released a tire during a lift attempt.

34. As a direct and proximate result, Plaintiff suffered injury and associated damages.

35. Plaintiff's general and special damages exceed $15,000.

### FOURTH CAUSE OF ACTION—PREMISES LIABILITY

36. Plaintiff here fully incorporates all prior Paragraphs.

37. Defendants owed a duty to maintain its premises in a reasonably safe condition for customers, including ensuring that all services performed on the premises were conducted in a competent and safe manner.

38. Defendants breached this duty by operating a body shop staffed with unqualified personnel, failing to maintain safe repair procedures, and exposing customers like Plaintiff to unnecessary and foreseeable risks of injury.

39. The decision to involve Plaintiff in lifting and handling heavy commercial vehicle equipment created a hazardous condition on the premises.

40. Defendants knew or should have known of the danger posed by this condition and failed to take corrective measures.

41. As a direct and proximate result of Defendants' breach of its duty to maintain safe premises, Plaintiff suffered injury and associated damages.

42. Plaintiff's general and special damages exceed $15,000.

### PRAYER FOR RELIEF

**WHEREFORE** Plaintiff prays for judgment against Defendants as follows:

Page 4 of 5

1. General damages sustained by Plaintiff exceeding $15,000.00;
2. Special damages to be determined at the time of trial exceeding $15,000.00;
3. Consequential damages, including attorney's fees;
4. Medical and incidental expenses already incurred and to be incurred;
5. Lost earnings and earning capacity;
6. Reasonable attorney's fees and costs of suit;
7. Interest at the statutory rate; and
8. For such other relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury pursuant to Nev. Const. art. I § 3 and NRCP 38(b)(1).

DATED: August 12, 2025.

**DIMOPOULOS INJURY LAW**

By: /s/ Jared Christensen
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
400 S. 7th Street Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

| | |
|---|---|
| **From:** | Jared Christensen |
| **To:** | Zach W. Livingston |
| **Cc:** | Debbie Atkin; Sarah Huffman |
| **Subject:** | RE: Labair vs. TravelCenter of America (212698) |
| **Date:** | Wednesday, October 22, 2025 4:31:22 PM |
| **Attachments:** | image002.png<br>image003.png |

Yes, that will be submitted also.



**Jared G. Christensen, Esq.**
(Licensed in NV, AZ, CO & UT)
**DIMOPOULOS LAW FIRM**
P: (702) 800-6000
F: (702) 224-2114
400 S. 7th St., Suite 400
Las Vegas, NV 89101
WWW.STEVEDIMOPOULOS.COM

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please e-mail the sender that you have received the communication in error.

**From:** Zach W. Livingston <zlivingston@winnerfirm.com>
**Sent:** Wednesday, October 22, 2025 8:48 AM
**To:** Jared Christensen <jach@stevedimopoulos.com>
**Cc:** Debbie Atkin <datkin@winnerfirm.com>; Sarah Huffman <shh@stevedimopoulos.com>
**Subject:** RE: Labair vs. TravelCenter of America (212698)

Thanks Jared. Can we also get the stipulation to substitute TA Operating LLC filed as well.



Zach W. Livingston
Partner
1117 South Rancho Drive
Las Vegas, NV 89102                              | DIR (702) 848-1032
PHONE (702) 243-7000 | FAX (702) 243-7059
zlivingston@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Jared Christensen <jach@stevedimopoulos.com>
**Sent:** Tuesday, October 21, 2025 3:49 PM
**To:** Zach W. Livingston <zlivingston@winnerfirm.com>
**Cc:** Debbie Atkin <datkin@winnerfirm.com>; Sarah Huffman <shh@stevedimopoulos.com>
**Subject:** RE: Labair vs. TravelCenter of America (212698)

It will be submitted today.



Jared G. Christensen, Esq.
(Licensed in NV, AZ, CO & UT)
**DIMOPOULOS LAW FIRM**
P: (702) 800-6000
F: (702) 224-2114
400 S. 7th St., Suite 400
Las Vegas, NV 89101
WWW.STEVEDIMOPOULOS.COM

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please e-mail the sender that you have received the communication in error.

**From:** Zach W. Livingston <zlivingston@winnerfirm.com>
**Sent:** Tuesday, October 21, 2025 3:32 PM
**To:** Jared Christensen <jach@stevedimopoulos.com>
**Cc:** Debbie Atkin <datkin@winnerfirm.com>; Alexia Hernandez <alh@stevedimopoulos.com>
**Subject:** RE: Labair vs. TravelCenter of America (212698)

Jared,

Following up on this again. We are going to get sanctioned if it is not submitted soon.

Thanks,



Zach W. Livingston
Partner
1117 South Rancho Drive
Las Vegas, NV 89102                                         | DIR (702) 848-1032
PHONE (702) 243-7000 | FAX (702) 243-7059
zlivingston@winnerfirm.com
www.winnerfirm.com

CONFIDENTIALITY NOTICE: THIS EMAIL TRANSMISSION IS ATTORNEY CLIENT, ATTORNEY WORK PRODUCT, DISSEMINATED AND/OR PROVIDED IN CONTEMPLATION OF POTENTIAL OR FUTURE LITIGATION, AND/OR CONFIDENTIAL INFORMATION THAT IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL(S) OR ENTIT(IES) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE DELETE THIS TRANSMISSION AND IMMEDIATELY NOTIFY THE SENDER OF THIS ERROR.

**From:** Zach W. Livingston
**Sent:** Friday, October 17, 2025 1:20 PM
**To:** Jared Christensen <jach@stevedimopoulos.com>
**Cc:** Debbie Atkin <datkin@winnerfirm.com>; Alexia Hernandez <alh@stevedimopoulos.com>
**Subject:** RE: Labair vs. TravelCenter of America (212698)

Jared,

Following up on this and the stip for substation.

Thanks,