STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 12729
JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
DIMOPOULOS INJURY LAW
400 S. 7th Street Suite 400
Las Vegas, NV 89101
O: (702) 800-6000
F: (702) 224-2114
jach@stevedimopoulos.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRIC OF NEVADA**

| | |
|---|---|
| ROBERT LABAIR, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELCENTERS OF AMERICA, INC., a foreign corporation; Doe Employee; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.:    2:25-cv-01622-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY**<br><br>**SECOND REQUEST** |

Plaintiff, ROBERT LABAIR, by and through his counsel of record, Jared G. Christensen, Esq. of DIMOPOULOS INJURY LAW; and Defendant TRAVELCENTERS OF AMERICA, INC. by and through its counsel of record, Zachary Livingston, Esq., hereby stipulate because Plaintiff's counsel had multiple depositions during the week and needed additional time to prepare the Reply as follows:

///

///

///

///

///

///

///

Page 1 of 2

1. Plaintiff may have an extension of time until April 8, 2026 to file his Reply in Support of Motion to Amend the Complaint because Plainitff's counsel had multiple depositions during the week and needed additional time to prepare the Reply.

DATED this 7th day of April 2026.

**DIMOPOULOS INJURY LAW**

JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
400 S. 7th Street Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 7th day of April 2026.

**WINNER & BOOZE**

*/s/ Zach Livingston*
ZACH LIVINGSTON, ESQ.
Nevada Bar No. 15954
1117 South Rancho Drive
Las Vegas, NV 89102
*Attorney for Defendant*

## ORDER

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Plaintiff may have an extension of time until April 8, 2026 to file his Reply in Support of the Motion to Amend the Complaint.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 4/8/2026

Respectfully submitted by:

**DIMOPOULOS INJURY LAW**

JARED G. CHRISTENSEN, ESQ.
Nevada Bar No. 11538
400 S. 7th Street Suite 400
Las Vegas, NV 89101
*Attorney for Plaintiff*